UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-338-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TAMIKA RENEE WILSON | |

On motion of the Defendant, Tamika R. Wilson, and for good cause shown, it is hereby ORDERED that the **[DE #206]** be sealed until further notice by this Court.

IT IS SO ORDER.

This  11th  day of July, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge