UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-338-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAMIKA RENEE WILSON | ORDER |

This matter comes before the Court on the defendant's unopposed motion to alter the judgment to reflect a recommendation to FPC Alderson. For good cause shown, the Motion is GRANTED. The judgment is AMENDED to reflect the Court's recommendation that the defendant, Tamika Renee Wilson, serve her sentence at FPC Alderson.

SO ORDERED.

This the  26th   day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge